**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| JEREMIAH MACKEY JR., *et al.*, | : | Case No. 2:23-cv-2962 |
| | : | |
| Plaintiffs, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| THE MULTI-DISTRICT LITIGATION | : | |
| PANEL OF OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## ORDER

---

This civil rights matter is before the Court on several motions and documents filed by Plaintiff(s). As discussed in the Deficiency Order filed concurrently with this Order, it is unclear whether this case will proceed. Several issues must be resolved first—proper applications to proceed *in forma pauperis* ("IFP") or payment of the filing fee, a proper Amended Complaint, screening of that Amended Complaint, and, if appropriate, service on proper defendants.

At this time, Plaintiff Crawford's IFP application (ECF No. 1) and Plaintiff Mackey's IFP application (ECF No. 19) are **DENIED** without prejudice to refiling as ordered in the Deficiency Order.

Plaintiff(s) have filed numerous other documents in the case, many entitled "Affidavit of Service," and several that appear to be copies of documents filed in or about other cases. Some documents appear to be motions and some are letters or notices to the Court, the Clerk, other courts, or other people or entities. Some documents are incomprehensible and some are barely legible. None appear to present any pressing issue over which this Court would have jurisdiction.

At this time, therefore, all of Plaintiff(s)' other pending motions in this case are **DENIED** as **PREMATURE**. (ECF Nos. 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24). Plaintiffs may refile these motions, if they wish, after the issues described in the Deficiency Order have been resolved and the Court has screened their Amended Complaint and determined that the case may proceed. Plaintiffs are **DIRECTED** not to file any documents other than those required by the Deficiency Order until this Court has completed the required initial screening of their Amended Complaint, absent extraordinary cause. Documents filed without extraordinary cause will be stricken from the docket.

  **IT IS SO ORDERED**.


August 15, 2024             */s/ Caroline H. Gentry*
                       Caroline H. Gentry
                       UNITED STATES MAGISTRATE JUDGE