# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| JEREMIAH MACKEY JR., *et al.*, | : | Case No. 2:23-cv-2962 |
| | : | |
| Plaintiffs, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| THE MULTI-DISTRICT LITIGATION | : | |
| PANEL OF OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER:
## RULES FOR DOCUMENTS SUBMITTED IN THIS CASE

This case is still in its early stages. Nevertheless, Plaintiffs have submitted approximately fifteen hundred pages of documents to date. Many of these documents pertain to other cases and are captioned as being filed in other courts, are duplicates, and/or contain a confusing combination of captions and subjects. Previously, to ensure that each submitted document was properly filed in the correct case and that only documents pertaining to this case were filed herein, the Court ordered Plaintiffs to properly caption all filings in this case. The Court instructed:

> The caption of this civil rights case shall be as appears on the first page of this Order, until further order of this Court. Filings in this case shall use this caption and include the appropriate case number. Filings submitted in this case that do not contain the proper caption and case number may be returned unfiled, stricken from the docket, or disregarded.

(Deficiency Order, ECF No. 27 at PageID 1324-1325).

Plaintiffs recently submitted several additional documents to the Court. Some documents did not comply with the Court's previous order and were returned unfiled. Some documents came close to complying with the Court's Deficiency Order and were filed herein. (*See* ECF Nos. 33-38 at PageID 1358-1558).

Because Plaintiffs have not fully complied with the Court's order and continue to submit documents directed to one or more other courts or cases, have submitted more than one copy of certain documents, and have submitted them to different locations of this Court, the task of sorting the documents and properly docketing them has consumed an inordinate amount of the Court's resources.

Accordingly, to conserve the Court's resources and allow this case to proceed in an efficient manner, the undersigned Magistrate Judge **ORDERS** Plaintiffs to comply with the following **rules for further submissions in this case**:

1. All documents submitted for filing in this case must be captioned as set forth above, until further order of the Court. This means that each document must begin with the information in the box at the top of the first page of this Order, and **only** the information in the box at the top of the first page of this Order.

2. Documents submitted for filing in this case **may not** be combined with, or captioned with, any other cases. This includes Plaintiff Crawford's habeas corpus case in this Court and/or any other state or federal cases or appeals.

3. Plaintiffs shall submit **only one copy** of each document for filing.

4. All documents submitted for filing in this case shall be mailed to:

      Office of the Clerk
      Walter H. Rice Federal Building and U.S. Courthouse
      200 W. Second Street, Room 712
      Dayton, Ohio 45402

5. Plaintiffs shall not submit screen shots or printed photographs of documents, as these are often unreadable when scanned. (*See, e.g.,* ECF No. 34).

6. All documents submitted for filing in this case must contain original signatures.

7. If a document submitted for filing in this case pertains to both Plaintiffs, then **both Plaintiffs must sign it**. Neither Plaintiff may sign for the other.

**Plaintffs are expressly WARNED that documents that do not comply with these rules will be returned unfiled, stricken from the docket, or disregarded without further explanation.**

Additionally, the Court **ORDERS** Plaintiff Crawford to **CEASE** filing copies of documents that pertain to other cases. If Crawford believes that a document from another case is relevant and should be filed in this case, then he must ask for and obtain the Court's permission to file the document in this case. He must obtain permission **before** filing the document.

The Court **WARNS** Plaintiffs that if they fail to comply with this Order, they may be subject to sanctions up to and including dismissal of this case.

    **IT IS SO ORDERED**.

                                  */s/ Caroline Gentry*
                                  Caroline H. Gentry
                                  UNITED STATES MAGISTRATE JUDGE