# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| JEREMIAH MACKEY JR., *et al.*, | : | Case No. 2:23-cv-2962 |
| Plaintiffs, | : | |
| | : | District Judge James L. Graham |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| THE MULTI-DISTRICT LITIGATION PANEL OF OHIO, *et al.*, | : | |
| Defendants. | : | |

## ORDER FOR STATUS REPORT

It appears that Plaintiff Crawford has asked the United States Judicial Panel on Multidistrict Litigation to reconsider its order denying his motion for centralization of this case with two others. *See In re Lawrence L. Crawford Litig.*, No. MDL 3116, 2024 WL 3628780 (U.S. Jud. Pan. Mult. Lit. July 31, 2024). (*See also* ECF No. 25). It further appears that the Panel will consider his request as a "Matter Scheduled for Consideration Without Oral Argument," at its December 5, 2024 hearing session. (*See* ECF No. 30 in MDL Case No. 3116).

The undersigned United States Magistrate Judge **ORDERS** Plaintiff Crawford to file a "Status Report" in <u>this</u> case by **December 31, 2024**. The Status Report shall be filed under the caption above and shall inform this Court of the status of the MDL litigation.

**IT IS SO ORDERED**.

*/s/ Caroline Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE
