# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEREMIAH MACKEY JR., *et al.*, | : | Case No. 2:23-cv-2962 |
| Plaintiffs, | : | District Judge James L. Graham |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| THE MULTI-DISTRICT LITIGATION PANEL OF OHIO, *et al.*, | : | |
| Defendants. | : | |

# ORDER

Plaintiff Crawford has filed what appears to be a motion to stay the related but separate habeas corpus proceedings in Case No. 2:23-cv-3017. (ECF No. 35 herein). The Motion was filed in this civil rights case, rather than the habeas corpus case, because it was not properly captioned as required by the Court's orders in that case. (*See* ECF Nos. 6, 8 in Case No. 2:23-cv-3017).

The Court advises Crawford that if he wishes to stay the habeas corpus case, then he must file a properly captioned request in that case. The Motion filed in this case (ECF No. 35) is wholly inapplicable to these proceedings and is therefore **DENIED**.

**IT IS SO ORDERED**.

*/s/ Caroline Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE