UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEREMIAH MACKEY JR., *et al.*, | : Case No. 2:23-cv-2962 |
| Plaintiffs, | : District Judge James L. Graham |
| vs. | : Magistrate Judge Caroline H. Gentry |
| THE MULTI-DISTRICT LITIGATION PANEL OF OHIO, *et al.*, | : |
| Defendants. | : |

# ORDER

This matter is before the Court on two motions filed by Plaintiffs.

First, Plaintiffs filed a document titled "Affidavit of Facts Giving Judicial Notice; Motion for a Preliminary Injunction and Motion Therefor Under The Sovereign Immunity Act of 28 U.S.C. §§ 1602-1612, et seq. Motion for Declaratory Judgment." (ECF No. 43). This Motion is premature and is therefore **DENIED** without prejudice to renewal. Once the Court has determined whether this case may proceed under 28 U.S.C. § 1915 (*see* ECF Nos. 27, 28) Plaintiffs may refile their motion(s).

Second, Plaintiffs filed a Motion for Acceptance (ECF No. 44) of several documents (ECF Nos. 44-2 through 44-5). The Motion for Acceptance appears to have been filed to comply with this Court's Order setting Rules for Documents Submitted in this Case. (ECF No. 40). The Motion for Acceptance is **GRANTED** in part and **DENIED** in part, as follows:

The Court **GRANTS** the motion and **ACCEPTS** one document submitted by Plaintiff Crawford—the "Exhibit Magistrate Fraud." (ECF No. 44-4). This Exhibit may relate to Plaintiffs' Objections (ECF No. 37) to the undersigned's Deficiency Order (ECF No. 27) and Case Management Order (ECF No. 28). Because the Exhibit may be relevant to Plaintiffs' objections, the Court will accept it for filing. The Clerk of Court is **DIRECTED** to file the "Exhibit Magistrate Fraud" (ECF No. 44-4) separately on the docket and indicate that it may be an Exhibit in support of Plaintiffs' Objections (ECF No. 37).

Plaintiffs' Motion for Acceptance (ECF No. 44) is otherwise **DENIED**. The other documents appear to be captioned in other courts and concern other cases, or improperly attempt to combine those cases with this case contrary to the Rules for Filing (ECF No. 40). The Court **REJECTS** and **STRIKES** these filings. (ECF Nos. 44-2, 44-3, 44-5). The Clerk of Court is **DIRECTED** to restrict these documents (ECF Nos. 44-2, 44-3, 44-5) to Court users to maintain the record.

**IT IS SO ORDERED**.

                                            */s/ Caroline Gentry*
                                            Caroline H. Gentry
                                            UNITED STATES MAGISTRATE JUDGE